**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DON NGUYEN, an individual, EVAN NGUYEN, an individual, AND MATTHEW NGUYEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I through XXX, and ROE Business A-Z; inclusive,<br><br>Defendants. | Case No. 2:22-cv-00449-ART-DJA<br><br>**ORDER APPROVING STIPULATION TO AMEND BRIEFING SCHEDULE OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT/IMPROPER RESCISSION**<br><br>**(FIRST REQUEST)** |

Plaintiffs Don Nguyen, Evan Nguyen, and Matthew Nguyen (Plaintiffs) and Defendant Pacific Life Insurance Company (Pacific Life, together with Plaintiffs, the Parties) submit their first stipulation to continue the briefing schedule, on Plaintiffs' motion for summary judgment (Motion, ECF No. 34), as follows:

1. Defendant's response to the Motion is due on March 2, 2023;

2. Due to the nature of the legal and factual issues presented by the Motion, the parties agree to a continuation of the date for Defendant Pacific Life Insurance Company to respond to the Motion on March 23, 2023.

3. Plaintiffs will file their response on or before April 13, 2023.

///

1

4. This stipulation is for good cause and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: February 17, 2023.

| | |
|---|---|
| /s/ Karl O. Riley | /s/ Patrick R. Leverty |
| Karl O. Riley | Patrick R. Leverty, Esq., NV Bar No. 8840 |
| Nevada Bar No. 12077 | pat@levertylaw.com |
| COZEN O'CONNOR | Vernon E. Leverty, Esq., NV Bar No. 1266 |
| 3753 Howard Hughes Pkwy, Suite 200 | gene@levertylaw.com |
| Las Vegas, NV 89169 | William R. Ginn, Esq., NV Bar No. 6989 |
| Telephone: (702) 470-2330 | bill@levertylaw.com |
| koriley@cozen.com | LEVERTY & ASSOCIATES LAW CHTD. |
| | 832 Willow Street |
| *Attorney for Defendant Pacific Life Insurance Company* | Reno, NV 89502 |
| | Telephone: (775) 322-6636 |
| | |
| | *Attorneys for Plaintiffs* |

**ORDER**

Based on the application of the attorneys and good cause appearing:

**IT IS SO ORDERED.**

Dated: February 21, 2023.

Anne R. Traum
United States District Court Judge

2