**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DON NGUYEN an individual, EVAN NGUYEN, an individual, MATHEW NGUYEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | 2:22-cv-00449-ART-DJA<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO AMEND BRIEFING SCHEDULE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON BREACH OF CONTRACT/IMPROPER RESCISSION**<br>(**SECOND REQUEST**) |

Plaintiffs, DON NGUYEN, EVAN NGUYEN, and MATHEW NGUYEN, by and through their attorneys of record, LEVERTY & ASSOCIATES LAW CHTD., and Defendant PACIFIC LIFE INSURANCE COMPANY, by and through its attorneys of record, submit their second stipulation to continue the briefing schedule on Plaintiffs' motion for summary judgment (Motion, ECF NO. 34).

**BACKGROUND**

- On February 9, 2023, Plaintiffs filed a motion for summary judgment. (ECF No. 34).
- On February 27, 2023, the parties filed their first stipulation to continue the briefing schedule. (ECF No. 35).
- On February 22, 2023, the Court granted the parties' stipulation to continue the briefing schedule. (ECF No. 36).

- 1 -

- On March 23, 2023, Defendant Pacific Life Insurance Company filed an opposition to Plaintiffs' motion for summary judgment concurrently with a motion for leave to file certain information in its opposition under seal. (ECF No. 38, 38-1).
- Pursuant to the Court February 22, 2023, order, Plaintiffs reply to the motion for summary judgment is due on April 13, 2023.
- Plaintiffs necessitate additional time to file their reply.

**EXTENSION**

The parties agree to the following extension of the briefing schedule:

1. Plaintiffs will file their reply to the motion for summary judgment on or before Friday April 21, 2023.

DATED: This 11th day of April 2023.

LEVERTY & ASSOCIATES LAW CHTD.

 /S/ *Patrick Leverty*
Patrick R. Leverty, Esq.
Vernon E. Leverty, Esq.
832 Willow St.
Reno, NV 89502
*Attorneys for Plaintiffs Don Nguyen, Evan Nguyen and Matthew Nguyen*

DATED: This 12th day of April

COZEN O'CONNOR

  /S/ *Laura Zulick*
Karl Riley, Esq.
Laura M. Zulick, Esq.
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
*Attorneys for Defendant Pacific Life Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: April 13, 2023.