**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DON NGUYEN an individual, EVAN NGUYEN, an individual, MATHEW NGUYEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00449-ART-DJA<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO EXTEND PACIFIC LIFE INSURANCE COMPANY'S DEADLINE TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Defendant PACIFIC LIFE INSURANCE COMPANY ("Pacific Life"), by and through its attorneys of record, Cozen O'Connor, together with Plaintiffs DON NGUYEN, EVAN NGUYEN, and MATTHEW NGUYEN ("Plaintiffs"), by and through their attorneys of record, LEVERTY & ASSOCIATES LAW CHTD., submit their first stipulation to extend Pacific Life's deadline to file a motion for summary judgment, as follows:

1. Pursuant to the Scheduling Order entered May 1, 2023, (ECF No. 43), dispositive motions are due **August 7, 2023**.

2. Due to the nature of the legal and factual issues in this case, and due to medical issues that counsel for Pacific Life must attend to in the weeks ahead, the parties agree to continue the deadline for Pacific Life to file its motion for summary judgment to **August 21, 2023**.

- 1 -

3. This stipulation is for good cause and not for purposes of delay.

**IT IS SO STIPULATED**.

DATED: July 21, 2023

**COZEN O'CONNOR**

*/s/ Karl O. Riley*_____
Karl Riley, Esq.
Nevada Bar No. 12077
Laura M. Zulick, Esq.(*pro hac vice*)
500 North Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Telephone: (702) 470-2330
koriley@cozen.com
*Attorneys for Defendant Pacific Life Insurance Company*

DATED: July 21, 2023

**LEVERTY & ASSOCIATES LAW CHTD.**

 */s/ Patrick R. Leverty*_____
Patrick R. Leverty, Esq.
NV Bar No. 8840
Vernon E. Leverty, Esq.
William R. Ginn, Esq.
832 Willow St.
Reno, NV 89502
Telephone: (775) 322-6636
pat@levertylaw.com
*Attorneys for Plaintiffs Don Nguyen, Evan Nguyen and Matthew Nguyen*

## **ORDER**

Based on the application of the attorneys and good cause appearing:

**IT IS SO ORDERED**.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: July 25, 2023.

- 2 -