# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DON NGUYEN an individual, EVAN NGUYEN, an individual, MATHEW NGUYEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | 2:22-cv-00449-ART-DJA<br><br>**ORDER APPROVING**<br><br>STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE A RESPONSE TO PACIFIC LIFE INSURANCE COMPANY'S MOTION FOR SUMMMARY JUDGMENT<br><br>(FIRST REQUEST) |

  Plaintiffs, DON NGUYEN, EVAN NGUYEN, and MATHEW NGUYEN ("Plaintiffs"), by and through their attorneys of record, LEVERTY & ASSOCIATES LAW CHTD., and Defendant PACIFIC LIFE INSURANCE COMPANY ("Pacific Life"), by and through its attorneys of record, Cozen O'Conner, submit their first stipulation to extend Plaintiffs' deadline to file a response to Pacific Life's motion for summary judgment, as follows:

  1. Pursuant to LR 7-2(b), the deadline to file and serve points and authorities in response to a motion for summary judgment is 21 days after service of the motion.

  2. On August 18, 2023, Pacific Life served Plaintiffs with a motion for summary judgment; therefore, Plaintiffs' response to Pacific Life's motion for summary judgment is currently due on Friday, September 8, 2023.

- 1 -

3. Due to the nature of the legal and factual issues raised in Pacific Life's motion for summary judgment and Plaintiffs' counsel's current deposition calendar, the parties agree to extend the deadline for Plaintiffs to file a response to Pacific Life's motion for summary judgment to Friday, September 22, 2023.

4. This stipulation is for good cause and not for the purposes of delay.

DATED: This 28th day of August 2023.

LEVERTY & ASSOCIATES LAW CHTD.

 /S/ *Patrick Leverty*
Patrick R. Leverty, Esq.
Vernon E. Leverty, Esq.
832 Willow St.
Reno, NV 89502
*Attorneys for Plaintiffs Don Nguyen, Evan Nguyen and Matthew Nguyen*

DATED: This 31st day of August 2023.

COZEN O'CONNOR

 /S/ *Laura Zulick*
Karl Riley, Esq.
Laura M. Zulick, Esq.
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
*Attorneys for Defendant Pacific Life Insurance Company*

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: September 5, 2023.

- 2 -