**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DON NGUYEN an individual, EVAN NGUYEN, an individual, MATHEW NGUYEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | 2:22-cv-00449-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND PLAINTIFFS' DEADLINE TO FILE A RESPONSE TO PACIFIC LIFE INSURANCE COMPANY'S MOTION FOR SUMMMARY JUDGMENT (SECOND REQUEST) AND TO EXTEND PACIFIC LIFE'S DEADLINE TO FILE A REPLY (FIRST REQUEST)** |

Plaintiffs, DON NGUYEN, EVAN NGUYEN, and MATHEW NGUYEN ("Plaintiffs"), by and through their attorneys of record, LEVERTY & ASSOCIATES LAW CHTD., and Defendant PACIFIC LIFE INSURANCE COMPANY ("Pacific Life"), by and through its attorneys of record, Cozen O'Conner, submit this stipulation to extend the briefing deadlines in connection with Pacific Life's pending motion for summary judgment.  This is the **second** stipulation to extend Plaintiffs' deadline to file a response to Pacific Life's motion for summary judgment and the **first** stipulation to extend Pacific Life's deadline to file a reply to the motion for summary judgment, as follows:

1. Pursuant to LR 7-2(b), the deadline to file and serve points and authorities in response to a motion for summary judgment is 21 days after service of the motion.

- 1 -

2. On August 18, 2023, Pacific Life served Plaintiffs with a motion for summary judgment; therefore, Plaintiffs' response to Pacific Life's motion for summary judgment was due on Friday, September 8, 2023.

3. On September 5, 2023, the Court issued an order approving the first stipulation for Plaintiffs to file a response to Pacific Life's motion for summary judgment to Friday, September 22, 2023 (Doc 54).

4. Plaintiffs asked Pacific Life if they would stipulate to Plaintiff having an additional few days to finish the opposition to the motion for summary judgment. Defendant Pacific Life graciously agreed to Plaintiffs request for an extension and requested an additional two weeks to file its reply.

5. The parties agree to extend the deadline for Plaintiffs to file a response to Pacific Life motion for summary judgment to Tuesday, September 26, 2023.

6. Pursuant to LR 7-2(b), the deadline to file and serve a reply in support of the motion for summary judgment is fourteen days after service of the response. Therefore, Pacific Life's reply would ordinarily be due on Tuesday, October 10, 2023. The parties agree to extend the deadline for Pacific Life to file a reply to the motion for summary judgment an additional two weeks to Tuesday, October 24, 2023.

7. This stipulation is for good cause and not for the purposes of delay.

DATED: This 22nd day of September 2023.

LEVERTY & ASSOCIATES LAW CHTD.

 /S/ *Patrick Leverty*
Patrick R. Leverty, Esq.
Vernon E. Leverty, Esq.
832 Willow St.
Reno, NV 89502
*Attorneys for Plaintiffs*

DATED: This 22nd day of September 2023.

COZEN O'CONNOR

 /S/ *Laura Zulick*
Karl Riley, Esq.
Laura M. Zulick, Esq.
3753 Howard Hughes Parkway, Ste. 200
Las Vegas, NV 89169
*Attorensy for Pacific Life*

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: September 25, 2023.

- 2 -