# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DON NGUYEN an individual, EVAN NGUYEN, an individual, MATTHEW NGUYEN, an individual;<br><br>Plaintiffs,<br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I-XXX; and ABC CORPORATIONS A-Z; inclusive,<br><br>Defendants. | 2:22-cv-00449-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND THE TIME TO FILE THE PROPOSED JOINT PRETRIAL ORDER** |

  Plaintiffs, DON NGUYEN, EVAN NGUYEN, and MATTHEW NGUYEN, by and through their attorneys of record, LEVERTY & ASSOCIATES LAW CHTD., and Defendant PACIFIC LIFE INSURANCE COMPANY, by and through its attorneys of record, Cozen O'Conner, hereby stipulate to extend the time to file the Proposed Joint Pretrial Order.

  On February 15, 2024, the Court issued an Order directing the Parties to file the Proposed Joint Pretrial Order on or before Monday, April 15, 2024. (ECF 71). The Parties have agreed to participate in a private mediation on April 24, 2024. The Parties believe it is the best use of the Parties' time and resources to focus on the mediation.

  To that end, the Parties request the deadline to file the Proposed Joint Pretrial Order be extended sixty-one (61) days following the April 24, 2024, mediation or until Monday, June 24, 2024. If the mediation is unsuccessful, the sixty-one (61) days will give the Parties time to file the Proposed Joint Pretrial Order. Likewise, if the mediation is successful, the sixty-one (61)

- 1 -

days will give the Parties time to prepare a written settlement agreement and file a stipulation to dismiss the case.

Respectfully submitted.

| | |
|---|---|
| DATED: This 15th day of March 2024. | DATED: This 15th day of March 2024. |
| LEVERTY & ASSOCIATES LAW CHTD. | COZEN O'CONNOR |
| /S/ *Patrick Leverty* <br> Patrick R. Leverty, Esq. <br> Vernon E. Leverty, Esq. <br> 832 Willow St. <br> Reno, NV 89502 <br> *Attorneys for Plaintiffs Don Nguyen, Evan Nguyen and Matthew Nguyen* | /S/ *Laura Zulick* <br> Karl Riley, Esq. <br> Laura M. Zulick, Esq. <br> 3753 Howard Hughes Parkway, Ste. 200 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant Pacific Life Insurance Company* |

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: March 18, 2024