**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DON NGUYEN, an individual, EVAN NGUYEN, an individual, AND MATTHEW NGUYEN, an individual<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC LIFE INSURANCE COMPANY, a Nebraska Corporation; DOES I through XXX, and ROE Business A-Z; inclusive,<br><br>Defendants. | Case No. 2:22-cv-00449-ART-DJA<br><br>**ORDER GRANTING**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Don Nguyen, Evan Nguyen and Matthew Nguyen (collectively, "Plaintiffs") and defendant Pacific Life Insurance Company ("Pacific Life") hereby stipulate and agree as follows:

WHEREAS, Plaintiffs have asserted certain claims against Pacific Life;

WHEREAS, the Parties agree to the dismissal, with prejudice, of all claims in the above-captioned action, with each party to bear its own fees and costs; and

///

///

///

1

LEGAL\70541392\2

WHEREAS, this stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: May 14, 2024

| LEVERTY & ASSOCIATES LAW CHTD | COZEN O'CONNOR |
|---|---|
| By: _/s/ Patrick R. Leverty_<br>Patrick R. Leverty, Esq., NV Bar No. 8840<br>Vernon E. Leverty, Esq., NV Bar No. 1266<br>William R. Ginn, Esq., NV Bar No. 6989<br>3100 W Charleston Blvd., Suite 200<br>Las Vegas, NV 89102<br>pat@levertylaw.com<br>gene@levertylaw.com<br>bill@levertylaw.com<br>Ph. (702) 507-0201<br><br>*Attorneys for Plaintiffs Don Nguyen, Evan Nguyen and Matthew Nguyen* | By: _/s/ Laura M. Zulick_<br>Karl O. Riley, Esq.<br>500 North Rainbow Blvd<br>Suite 300<br>Las Vegas, NV 89107<br>Email:  KORiley@cozen.com<br>Laura M. Zulick<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, Pennsylvania 19103<br>Email: lzulick@cozen.com<br><br>*Attorneys for Defendant Pacific Life Insurance Company* |

## **ORDER**

For good cause appearing,

IT IS HEREBY ORDERED that all claims alleged in this case are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Date: May 14, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRCT COURT JUDGE

2

LEGAL\70541392\2